1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                     SANTA ANA DIVISION

11

NETLIST, INC.,                          Case No. 8:13-cv-00996-DOC-JPR

12
                    Plaintiff,          GRANTING DIABLO's
13                                      APPLICATION TO SEAL
                                        DIABLO'S *EX PARTE*
        v.                              APPLICATION AND EXHIBIT A TO
14                                      THE DECLARATION OF SANJEET
SMART MODULAR                           K. DUTTA [116]
15 TECHNOLOGIES, INC., SMART
STORAGE SYSTEMS, INC.,
16 SMART WORLDWIDE HOLDINGS,
INC. and DIABLO
17 TECHNOLOGIES, INC.,                  Date:        N/A
                                        Time:        N/A
18                                      Dept:        9D
                    Defendants.         Judge:       Hon. David O. Carter
19                                      Trial Date:  Not Set
                                        Action Filed: July 1, 2013
20

21

22

23

24

25

26

27
                                        _____
28                                      Case No. 8:13-cv-00996-DOC-JPR

1

2

3

   Having considered Defendant Diablo Technologies, Inc.'s ("Diablo")

4

Application pursuant to Local Rule 79-5 to file under seal its *Ex Parte* Application

5

For Order To Show Cause ("*Ex Parte* Application") and Exhibit A to the

6

Declaration of Sanjeet K. Dutta In Support of Diablo's Ex Parte Application For

7

Order to Show Cause ("Exhibit A"), and good cause appearing, the Application is

8

GRANTED, and the aforementioned *Ex Parte* Application and Exhibit A shall be

9

filed under seal.

10

   IT IS SO ORDERED.

11

12

Dated: <u>December 18, 2013</u>

13

          *David O. Carter*

     UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28